853    In re Mehurkar Double Lumen Hemodialysis Catheter Patent Litigation

| Date | No. | Description |
|---|---|---|
| 90/05/24 | 1 | MOTION, BRIEF, EXHIBITS A-O, SCHEDULE (A-1 - A-4), CERT. OF SERVICE -- filed by Dr. Sakharam D. Mahurkar -- SUGGESTED TRANSFEREE DISTRICT: N.D. ILLINOIS (cds) |
| 90/06/01 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLDG. #1 -- filed by deft. Medical Components, Inc. -- **EXTENSION OF TIME GRANTED TO AND INCLUDING JUNE 15, 1990** -- Notified involved counsel (ds) |
| 90/06/04 |  | APPEARANCES -- H. ROSS WORKMAN, ESQ. for Kendall Med-West; MARVIN A. GLAZER, ESQ. for Impra, Inc.; RAYMOND P. NORO, ESQ. for Dr. Sakharam D. Mahurkar, et al.; ROY H. WEPNER, ESQ. for Vas-Cath, Inc., et al.; WILLIAM H. EILBERG, ESQ. for Medical Components, Inc.; STEVEN J. BARON, ESQ. for Quinton Instruments, Co. (ds) |
| 90/06/13 | 3 | RESPONSE (to pldg. #1) -- pltf. Impra, Inc. w/exhibits 1 thru 6 and cert. of svc. (ds) |
| 90/06/13 | 4 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltf. Kendall Med-West w/exhibits A thru G and cert. of svc. (ds) |
| 90/06/13 | 5 | RESPONSE (to pldg. #1) -- pltf. Vas-Cath, Inc. w/exhibit A thru D and cert. of svc. (ds) |
| 90/06/15 | 6 | RESPONSE (to pldg. #1) -- deft. Medical Components, Inc. w/cert. of svc. (ds) |
| 90/06/18 |  | HEARING ORDER -- Setting motion of defendant Dr. Sakharam D. Mahurkar for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/27 | 7 | REPLY/MEMORANDUM -- Dr. Mahurkar w/letter stating no confidential information included, also Exhibits A thru L, N, Q, R, S, (Exhibits M, O or P not included) and cert. of svc. (ds) |
| 90/06/29 | 8 | LETTER (re: supplemental information to pldg. #7) -- Dr. Mahurkar w/svc. (ds) |
| 90/06/29 | 9 | LETTER (re: supplemental information) -- Dr. Mahurkar w/copy of order signed by Judge Copple (ds) |
| 90/06/29 | 10 | NOTICE TO PANEL (re: supplemental information) -- pltf. Impra, Inc. w/copy of Notice of dismissal and cert. of svc. (ds) |
| 90/07/05 | 11 | NOTICE TO PANEL (supplemental information) -- deft. Dr. Mahurkar -- w/Exhibits A and B and w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 853 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/07/09 | 12 | NOTICE TO PANEL -- (Supplemental information) Impra, Inc. -- w/Exhibit A and cert. of svc. (received 7/9/90) (rh) |
| 90/07/09 | 13 | MOTION/MEMORANDUM FOR LEAVE TO FILE REPLY BRIEF UNDER SEAL -- Dr. Sakharam D. Mahurka -- w/Declaration of John C. Janka, Exhibits A-B and cert. of svc. (received 7/9/90) (rh) |
| 90/07/11 | 14 | RESPONSE -- (to pldg. #13) Kendall Med-West -- w/cert. of svc. (received 7/11/90) (rh) |
| 90/07/11 | | ORDER -- (Motion for leave to file reply brief under seal is Denied (pldg. #13)) -- Notified invovled counsel (rw) |
| 90/07/11 | | SECOND AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JUNE 18, 1990 -- (to correct district court in action A-2) -- Notified involved counsel, judge and clerk (rw) |
| 90/07/12 | 15 | RESPONSE -- (to pldg. #13) Impra, Inc. -- w/cert. of svc. (received 7/12/90) (rh) |
| 90/07/18 | 16 | CORRECTION TO IMPRA'S NOTICE TO PANEL (pldgs. #10 & 12) Dr. Sakharam D. Mahurka -- w/Exhibits A-C and cert. of svc. (received 7/18/90) (rh) |
| 90/07/27 | | HEARING APPEARANCES FOR 7/27/90 HEARING, ST. PAUL, MINNESOTA -- JOHN C. JANKA, ESQ. for Dr. Sakharam D. Mahurkar; H. ROSS WORKMAN, ESQ. for Kendall Med-West; WILLIAM H. EILBERG, ESQ. for Medical Components, Inc. (ds) |
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT FOR 7/27/90 HEARING -- Vas Cath, Inc., Gambro, Inc. and Omni Medical Products, Inc.; Quinton Instrument Company; Geoffrey Martin, et al.; Impra, Inc. (ds) |
| 90/08/30 | 17 | SUPPLEMENTAL RESPONSE -- Kendall Med-West w/Exhibit A,B,C and cert. of svc. (sg) |
| 90/09/04 | 18 | SUPPLEMENTAL RESPONSE -- Kendall Med-West, w/cert of svc. (sg) |
| 90/09/12 | 19 | SUPPLEMENTAL INFORMATION (re: A-1) -- Dr. Sakharam D. Mahurkar, et al. w/cert. of svc. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 853 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/18 | 20 | NOTICE TO PANEL (re: subsequent information) -- filed by pltf. Kendall Med-West w/exhibit A and cert. of svc. (ds) |
| 90/09/18 | | CONSENT OF TRANSFERFEREE DISTRICT -- for assignment of litigation to the Honorable Frank H. Easterbrook (7th Circuit) sitting in N.D. Illinois (cdm) |
| 90/09/18 | | TRANSFER ORDER -- transferring A-1 to the Honorable Frank H. Easterbrook (from 7th Circuit) sitting by designation in the Northern District of Illinois -- Notified involved judges, clerks, counsel, miscellaneous recipients and Panel judges (cdm) |

JPML Form 1

Revised: 8/78

DOCKET NO. 853 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Sept. 18, 1990 | T.O. | Unpublished | N.D. Illinois | Frank H. Easterbrook | 7th Circuit |

Special Transferee Information

DATE CLOSED: 10/22/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. ILLINOIS
FRANK H. EASTERBROOK

DOCKET NO. 853 -- In re Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kendall Med-West v. Quinton Instruments Co., et al. | Utah Sam | 90-C-152S | 9/18/90 | 90-6039 | 10/22/93 D | ✓ |
| ✓ A-2 | IMPRA, Inc. v. Quinton Instrument Co., et al. | Ill.,N. 90-C-3835 Ariz. Copple Lindborg | 90=0383 | | | 11 | now JR to N Ill |
| A-3 | Dr. Sakharam D. Mahurkar, et al. v. Medical Componenets, Inc. | Pa.,E. Bechtle | 90-3078 | Do Not Count | | Closed 9/5/90 | Fixed to transfer |
| ✓ A-4 | Vas-Cath, Inc., et al. v. Sakharam D. Mahurkar, et al. | Ill.,N. Nordberg | 88-C-4997 | | | 10/22/93 D | |

July 1991 - 1R/2×M/3 Pending 2

September 1993  1 Dismissed / 2 pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 853 -- In re Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation

---

CORRECTED JUNE 6, 1990

KENDALL MED-WEST (A-1)
H. Ross Workman, Esq.
Workman, Nydegger & Jensen
1000 Eagle Gate Tower
60 East South Temple
Suite 1000
Salt Lake City, Utah  84111

IMPRA, INC. (A-2)
Marvin A. Glazer, Esq.
Cahill, Sutton & Thomas
155 Park One
2141 East Highland Avenue
Phoenix, AZ  85016

DR. SAKHARAM D. MAHURKAR, ET AL.
         (deft. in A-1,2 & 4)
Raymond P. Niro, Esq.
Niro, Scavone, Haller & Niro, Ltd.
200 West Madison
Suite 3500
Chicago, IL  60606

VAS-CATH, INC. ET AL. (A-4)
Roy H. Wepner, Esq.
Lerner, David, Littenberg,
  Krumholz & Mentlik
600 South Avenue West
Westfield, NJ  07090

MEDICAL COMPONENTS, INC.
William H. Eilberg, Esq.
820 Homestead Road
Jenkintown, PA  19046

QUINTON INSTRUMENTS CO.
Steven J. Baron, Esq.
American Home Products Co.
685 Third Avenue
New York, NY  10017-4085

GEOFFREY MARTIN
JANE MARTIN
Michael J. Philippi, Esq.
Coffield, Ungaretti, Harris
  & Slavin
3500 Three First National Plaza
Chicago, Illinois  60602

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 853 -- In re Mahurkar Double Lumen Hemodialysis Catheter Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Quinton Instruments Co. | A-1, A-2, A-4 |
| Sakharam D. Mahurkar | A-1, A-2, A-4 |
| ~~Medical Componenets, Inc~~ | ~~A-3~~ |
| Geoffrey Martin | A-4 |
| Jane Martin | A-4 |